UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

```
_____
ERVIN MEARS, JR.                :
INDIVIDUALLY AND ON BEHALF      :
MINOR CHILD M.M.                :
            Plaintiffs,         :       Civil Action No.
                                :       13-3154 (NLH-JS)
      v.                        :
                                :
BOARD OF EDUCATION OF THE       :
STERLING REGIONAL HIGH          :
SCHOOL DISTRICT, et al.,        :       ORDER
                                :
            Defendants.         :
_____ :
```

AND NOW, this  31st  day of March, 2014, it is

ORDERED that the motion to dismiss filed by defendants [5] is GRANTED; and it is further

ORDERED that plaintiffs' First Amendment claim against all defendants, and Title VI claim as against the Board of Education of the Sterling Regional High School District, are DISMISSED WITHOUT PREJUDICE, but that all of plaintiffs' other claims are DISMISSED WITH PREJUDICE; and it is further,

ORDERED that the motion to dismiss filed by plaintiffs [12] is DENIED; and it is further

ORDERED that, within 30 days after entry of this Order, plaintiffs may file an application for leave to file an amended complaint, attaching to any such application a copy of the proposed amended complaint, if they can overcome the

deficiencies with respect to their First Amendment claim and Title VI claim as described in the Court's Opinion.

                                                    s/Noel L. Hillman  
                                          NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey