File No. 12414-0613
**Law Offices**
**PARKER McCAY P.A.**
By:  Brett E.J. Gorman, Esquire
9000 Midlantic Drive, Suite 300
P.O. Box 5054
**Mount Laurel, New Jersey 08054**
(856) 596-8900
bgorman@parkermccay.com
Attorneys for Defendants, Sterling Regional School District Board of Education, et. al.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Ervin Mears, Jr. individually and on behalf of minor child, M.M.<br><br>Plaintiffs,<br><br>v.<br><br>Board of Education of the Sterling Regional High School, Mr. Anthony Campbell, Mr. Clark Pierce, Mr. John Volosin, Mr. William Hughes, Mrs. Leslie Caramiello, Mrs. Louise Barikian, Mrs. Maureen Murphy, Ms. Barbara Okeson-Brant, Mr. Jim Nicoludis, Mr. Paul Spaventa, Mr. Jeffrey McIlvaine, Mr. Mark Napoleon, Mr. Keith Shepherd, Mr. Brian Blumenstein, Mr. Matt Sheehan<br><br>Defendants. | HONORABLE NOEL L. HILLMAN<br><br>CIVIL ACTION:  1:13-cv-03154-NLH-JS<br><br>CIVIL ACTION<br><br>**ORDER** |

**IT IS** on this 20th day of May, 2015 **ORDERED** that upon stipulation of the parties, the above entitled matter is hereby dismissed with prejudice and without costs.

At Camden, New Jersey

_____
NOEL L. HILLMAN, U.S.D.J.

Dated:

LAW OFFICE
Parker McCay P.A.